

| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
|   | Acting United States Attorney |
| 2 | STANLEY A. BOONE |
|   | Assistant U.S. Attorney |
| 3 | 4401 Federal Building |
|   | 2500 Tulare Street |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |

FILED

FEB 27 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  J. HELLINGS
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                          ) SW-F 09-00038
                                           )       09-00039
640 WEST MCKINLEY AVENUE,                  )       09-00040
FRESNO, CALIFORNIA                         )       09-00041
                                           )       09-00042
2446 NORTH WEBER AVENUE                    )       09-00043
FRESNO, CALIFORNIA                         )       09-00044
                                           )
2130 NORTH MARKS AVE APT #152              ) ORDER TO UNSEAL SEARCH WARRANT
FRESNO, CALIFORNIA                         ) AFFIDAVIT AND WARRANTS
                                           )
4851 NORTH CEDAR AVE APT #140              )
FRESNO, CALIFORNIA                         )
                                           )
4337 NORTH CEDAR AVE APT #102              )
FRESNO, CALIFORNIA                         )
                                           )
4068 W. APPLE TREE LANE,                   )
FRESNO, CALIFORNIA                         )
                                           )
5034 WEST BULLARD AVE APT #205,            )
FRESNO, CALIFORNIA                         )
                                           )
11621 AVE 261,                             )
TULARE, CALIFORNIA                         )
                                           )
_____)

        The search warrant affidavit in this case having been
sealed by Order of its Court on January 27, 2009, and it
appearing that the affidavit and warrant are not required to
remain secret based upon the motion submitted by the
government,

1  IT IS HEREBY ORDERED that the search warrant affidavit and
2  warrant be unsealed and made public record.

DATED: 2/27/09

_____
UNITED STATES MAGISTRATE JUDGE